LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 16, 2025

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Centre St.
New York, NY 10007

      Re:  United States v. Neophytos Georgiou
           21 CR 189 (JPO)

Dear Judge Oetken:

    By this letter motion I respectfully request a modification of the schedule for filing of sentencing submissions in this case, but not a change in the sentencing date itself. Assistant United States Attorney Andrew Jones consents to the application.

    Due to other work obligations I will be unable to complete and file Mr. Georgiou's sentencing submission today, as required by the Court's Individual Rules. I respectfully request an extension to Wednesday, June 18th to file the defense submission; the Government requests an extension to Tuesday, June 24th to file its submission. The parties will be prepared to proceed as scheduled on June 30, 2025.

    I thank the Court for its consideration and assistance.

Sincerely,

David Wikstrom

Granted.
So ordered.
6/17/2025

J. PAUL OETKEN
United States District Judge